UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>VALENTINO JOHNSON,<br>　　　　　Defendant. | Case No. 14-cr-00412-TEH-1<br><br>**ORDER GRANTING EVIDENTIARY HEARING AND VACATING HEARING ON MOTION TO SUPPRESS EVIDENCE** |

After reviewing the submissions of the parties and considering fully all of the arguments therein, the Court hereby GRANTS Defendant's request for an evidentiary hearing on the motion to suppress evidence.

The Court ORDERS the parties to meet and confer to determine a mutually agreeable date for this evidentiary hearing, choosing between **10:00 AM on October 28, 2014**, and **10:00 AM on November 4, 2014**. No later than **October 3, 2014**, the parties shall submit a joint stipulation informing the Court of the agreed-upon date. Additionally, the joint stipulation shall include a witness list for the evidentiary hearing, as well as a brief description of each witness's intended testimony.

Accordingly, the Court VACATES the hearing on Defendant's motion to suppress evidence, currently scheduled for October 6, 2014.

**IT IS SO ORDERED.**

Dated: 09/30/14　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　United States District Judge