UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VALENTINO JOHNSON,<br>Defendant. | Case No. 14-cr-00412-TEH<br><br>**ORDER RE: DEFENDANT'S REQUEST FOR ISSUANCE OF INDIGENT WITNESS SUBPOENAS** |

On October 16, 2014, Defendant Valentino Johnson requested the issuance of subpoenas for the appearance of various witnesses at the November 6, 2014, evidentiary hearing that was previously scheduled in this case. Oct. 16, 2014 Def.'s Application for Indigent Witness Subpoenas (Docket No. 43). That request also asked the Court to order that the costs, fees, and expenses associated with all authorized subpoenas be paid as if issued by the Government, with the U.S. Marshal's Office paying the necessary witness fees, costs, and expenses. Because the Court was in the process of addressing motions to quash the subpoenas referenced in Defendant's request, it did not immediately respond. *See* Mots. to Quash (Docket Nos. 46-48, 51); Def.'s Subpoena Requests (Docket Nos. 37-38). The Court recently ruled on the motions to quash, and rescheduled the evidentiary hearing for December 9, 2014. Nov. 13, 2014 Order (Docket No. 59).

In accordance with Northern District of California Criminal Local Rule 17-1, the Court hereby GRANTS the issuance of subpoenas for the appearance of the following witnesses at the evidentiary hearing now scheduled for December 9, 2014, at 10:00 AM in Courtroom 2, 17th Floor of the Phillip Burton Federal Building: Luana McAlpine; and San Francisco Police Officers Richard Wise, Brent Cader, Michael Basurto, Stephen Jonas, Adam Plantinga, Vannucchi (#4300), and Ortiz (#1131).

The Court further ORDERS that the costs, fees, and expenses associated with the subpoena of these witnesses, as well as the costs, fees, and expenses associated with all

previously and currently authorized subpoenas *duces tecum*, shall be paid as if subpoenaed by the Government, in accordance with Federal Rule of Criminal Procedure 17(b).

**IT IS SO ORDERED.**

Dated:   11/18/14                                                     _____
                                                                                        THELTON E. HENDERSON
                                                                                        United States District Judge