UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VALENTINO JOHNSON,<br><br>Defendant. | Case No. 14-cr-00412-TEH<br><br>**ORDER RE: GOVERNMENT'S REQUEST FOR CLARIFICATION** |

The Court has received the Government's request for clarification regarding the August 11, 2015 Order on the Motions *in Limine* (Docket No. 199). Docket No. 203. Should Defendant wish to respond to the Government's request, he may do so by filing a response of no more than five pages by **8:00 A.M. on August 19, 2015**.

**IT IS SO ORDERED.**

Dated: 08/17/15

THELTON E. HENDERSON
United States District Judge