| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>Acting United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | RITA F. LIN (CSBN 236220)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6511<br>FAX: (415) 436-7234<br>Rita.Lin@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 14-00412 TEH |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING STATUS CONFERENCE AND |
| v. | ) ) | REMAINING TRIAL ISSUES |
| VALENTINO JOHNSON, | ) ) | |
| Defendant. | ) ) ) | |

The United States and Defendant, Valentino Johnson, ("the parties") hereby stipulate as follows:

1. On August 28, 2015, Defendant was found guilty of Count One, being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). (Docket No. 239.) Count Two against Defendant, obstruction of justice for tampering with official proceedings under 18 U.S.C. § 1512(c)(2), remains to be tried before a jury, as does the forfeiture allegation of the Superseding Indictment.

2. In the interest of judicial economy and conserving resources, the parties wish to avoid a second trial. Accordingly, Defendant has agreed to waive his right to have the forfeiture allegation tried to a jury, and will submit to the Court's determination of that issue. Defendant proposes to enter a waiver of jury trial on the forfeiture allegation at the sentencing hearing, where the Court will have the

STIPULATION AND [PROPOSED] ORDER
NO. CR 14-00412 TEH

1  opportunity to confirm that his waiver is knowing and voluntary.  Also at the sentencing hearing, the
2  United States will move to dismiss Count Two, thereby obviating any need for a second trial.
3       3. Based on the above stipulations, the parties respectfully request that the status conference
4  scheduled for September 28, 2015 be taken off calendar.
5  SO STIPULATED.
6  DATED:  September 25, 2015    BRIAN J. STRETCH
                                 Acting United States Attorney

                                      /s/
9                                Rita F. Lin
                                 Assistant United States Attorney

                                      /s/
12                               Nicholas Y. Lin
                                 Counsel for Defendant Valentino Johnson

15 SO ORDERED.
16 DATED:  September 28, 2015

                                 HON. [signature: Judge Thelton E. Henderson]
                                 Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER
NO. CR 14-00412 TEH