1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  DANIEL KALEBA (CABN 223789)
   RITA F. LIN (CABN 236220)
5  Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6511
        FAX: (415) 436-7234
8       Rita.Lin@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 14-00412 TEH |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONTINUING SENTENCING |
| v. | ) ) | FROM DECEMBER 21, 2015 TO JANUARY 25, 2016 |
| VALENTINO JOHNSON, | ) ) | |
| Defendant. | ) ) | |

The defendant, VALENTINO JOHNSON, represented by Niall Lynch, Nicholas Lin, and Aaron Chiu, Latham & Watkins LLP, and the government, represented by Daniel Kaleba and Rita Lin, Assistant United States Attorneys, (collectively, the "parties") are currently scheduled to appear before the Court on December 21, 2015, at 2:30 p.m. for sentencing. The parties, by and through their counsel, respectfully request a continuance of the defendant's sentencing to January 25, 2016 at 2:30 p.m. The parties have been in communication with United States Probation Officer Insa Bel'Ochi, and have agreed that providing Probation with additional time to complete its investigation for the Presentence Report would be advisable. The parties have conferred with Officer Bel'Ochi, and she is available on

STIPULATION AND [PROPOSED] ORDER
NO. CR 14-00412 TEH

January 25, 2016 at 2:30 p.m.  Counsel for the government has also contacted the courtroom deputy for this Court, who has confirmed that the Court is available at that time as well.

SO STIPULATED.

DATED:  October 22, 2015

BRIAN J. STRETCH
Acting United States Attorney

/s/
Rita F. Lin
Assistant United States Attorney

/s/
Niall E. Lynch
Counsel for Defendant Valentino Johnson

SO ORDERED.

DATED:  10/26/2015

HON. THELTON E. HENDERSON
Senior United States District Judge

Judge Thelton E. Henderson

STIPULATION AND [PROPOSED] ORDER
NO. CR 14-00412 TEH