BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.Lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 14-412 TEH |
|     Plaintiff, | ) |
|     v. | ) STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONTINUING SENTENCING FROM JANUARY 25, 2015 TO FEBRUARY 29, 2016 |
| VALENTINO JOHNSON, | ) |
|     Defendant. | ) |

      The defendant, VALENTINO JOHNSON, represented by Niall Lynch, Nicholas Lin, and Aaron Chiu of Latham & Watkins, LLP, and the government, represented by Rita Lin, Assistant United States Attorney, (collectively, the "parties") are currently scheduled to appear before the Court on January 25, 2016, at 2:30 p.m. for sentencing. The parties, by and through their counsel, respectfully request a continuance of the defendant's sentencing to February 29, 2016 at 2:30 p.m. The parties anticipate that an evidentiary hearing will be required as part of the sentencing that will take approximately an hour and half. The parties understand from consultation with the Court's courtroom deputy that the Court's preference would be to proceed with such a hearing on a date when no other matters will be on calendar at that time. Accordingly, upon consultation with the Court's courtroom deputy, the parties respectfully

STIPULATION AND [PROPOSED] ORDER
NO. CR 14-00412 TEH

request to set the evidentiary hearing and sentencing for February 29, 2016 at 2:30 pm. The parties have been in communication with United States Probation Officer Insa Bel'Ochi, and have agreed that providing Probation with additional time to complete its investigation for the Presentence Report would be advisable as well. The parties have conferred with Officer Bel'Ochi, and she is available on February 24, 2016 at 10:00 a.m.

SO STIPULATED.

Dated:   December 7, 2015

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

_____/s/_____
Rita F. Lin
Assistant United States Attorney

_____/s/_____
Niall Lynch
Counsel for Defendant Valentino Johnson

SO ORDERED.

DATED: December  9 , 2015

_____
HON. THELTON E. HENDERSON
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER
NO. CR 14-00412 TEH