ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-cr-00412 VC |
|     Plaintiff, | **DETENTION ORDER** |
| v. | |
| VALENTINO JOHNSON, | |
|     Defendant. | |

On October 30, 2024, an arrest warrant issued based on allegations that Valentino Johnson violated a number of terms of his supervised release, including the requirements that he participate in inpatient drug treatment, refrain from committing any additional crimes, and refrain from possessing dangerous weapons. (ECF 363.)  On December 3, 2024, the Court held a contested detention hearing, at which the government and Probation recommended detention.  Mr. Johnson was represented by Gabriela Bischof, the government was represented by Wendy Garbers, and Matthew Coppage appeared on behalf of Probation.  Having considered the government's and the defense's arguments and proffers, the Court finds that Mr. Johnson has not met his burden to demonstrate by clear and convincing evince that he does not pose a danger to the community or risk of flight. *See* Crim R. 32.1.

    Defendant proposes that he be released to another residential drug treatment program, but Mr.

Johnson has twice absconded from the New Bridge Program, in violation of the terms of his supervised release. Mr. Johnson most recently absconded from New Bridge on March 26, 2024, and was at large until he was arrested on October 6, 2024. He was arrested in connection with a sexual assault report made by a woman who alleged that Mr. Johnson had threatened her with a knife and then sexually assaulted her. When he was arrested, Mr. Johnson was found with a knife and dagger in his possession. In light of the foregoing, the Court concludes that Mr. Johnson cannot meet his burden of proving by clear and convincing evidence that he is neither a flight risk nor a danger to the community.

Accordingly, the Court concludes that Mr. Johnson must be detained. This finding is made without prejudice to the defendant's right to seek review of his detention, or to file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: December 4, 2024

HON. SALLIE KIM
United States Magistrate Judge